Page: 1

| Ref# 612672 | Housing:NJSP-WEST-2 RIGHT-FLATS-CELL 49 | Date Created:09/22/2017 |
|---|---|---|
| ID#: 0000997956 | Name:HUBBARD,FRANK | |
| Form:Inquiry | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form
9/22/2017 3:29:12 PM : (0000997956) Wrote
on 9/7/17 Dr.
hussein entered into my record " you are a candidate for harvoni, waiting for administrative approval. "
 Has yhe administration approved my treatment, or does it intend to approve it .????

### Communications
9/26/2017 5:41:19 PM : (Susan Spingler) Wrote
You are the list for hep c treatment.

| Ref# 693663 | Housing:NJSP-WEST-6 RIGHT-2 TIER-CELL 53 | Date Created:12/02/2017 |
| --- | --- | --- |
| ID#: 0000997956 | Name:HUBBARD,FRANK | |
| Form:Inquiry | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form
12/2/2017 7:19:31 AM : (0000997956) Wrote
  aFTER two years of waitin i was told i am on the waitin list to be treated with harvoni for hepatitis c,
   i request to be treated immediately. in accordance
with the contract signed between njdoc and uchc
rutgers. not placed on a list.

### Communications
12/10/2017 11:24:10 AM : (Susan Spingler) Wrote
Please discuss your concerns with the provider during a chronic care visit.

| Ref# 704185 | Housing:NJSP-WEST-6 RIGHT-2 TIER-CELL 53 | Date Created:12/11/2017 |
|---|---|---|
| ID#: 0000997956 | Name:HUBBARD,FRANK | |
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:Overdue | Status:Pending |

Original Form
*12/11/2017 12:26:45 PM : (0000997956) Wrote*
   i am disatisfied with the response to inquiry # 693663, I again request to be treated, not placed on a list.

Case Actions
*12/11/2017 12:26:45 PM : (0000997956) Wrote*
Form has been submitted

Admin Log
*12/20/2017 10:56:20 AM : (Chellsea Hawkins) Wrote*
Form was viewed by Chellsea Hawkins and the status was changed to Pending.

*12/20/2017 10:56:35 AM : (Chellsea Hawkins) Wrote*
Changed subject to: Medical, Changed description to: Concerns/Treatment

*12/20/2017 1:58:48 PM : (Xiangrong Zhou) Wrote*
Form was viewed by Xiangrong Zhou and the status was changed to Pending.

| Ref# 742845 | Housing:NJSP-WEST-6 RIGHT-2 TIER-CELL 53 | Date Created:01/13/2018 |
|---|---|---|
| ID#: 0000997956 | Name:HUBBARD,FRANK | |
| Form:Inquiry | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form
1/13/2018 6:51:29 AM : (0000997956) Wrote
this is an appeal from the lack of a response i got from grievance no.704185. I am accepting this refusal as a denial. I am tying to comply with the prison litigation reform act and exhaust. I request a printout of inquiry no.693663, grievance no.704185 and the answer to my appeal.

### Communications
1/23/2018 1:17:03 PM : (Amy Emrich) Wrote
Printouts will be sent out.

## 3.1.5.4.- HEPATITIS C – SCREENING AND TREATMENT

. Pursuant to N.J.S.A. 26:2T-1 et seg., NJDOC is responsible for developing and providing Hepatitis C related services in coordination with the New Jersey Department of Health and Senior Services. In accordance with the above, NJDOC through its health care provider, requires the following practices in addition to compliance with the current Federal Bureau of Prisons (FBOP) guidelines on this subject.

A. At all NJDOC reception sites, as a part of inmate orientation and health education UMDNJ will provide a module of inmate education to all incoming inmates regarding Hepatitis C infection. This program will include details regarding route of infection, symptoms, long term consequences and potential treatment.

B. At all NJDOC Facilities, UMDNJ will schedule and offer similar training/education to the general inmate populations regarding Hepatitis C at least once a year . Where available, this training can be offered via the Facility internal television network.

C. During inmate education and routine health care encounters, UMDNJ will offer medical testing for Hepatitis C infection and encourage testing for all high risk individuals.

D. Upon request from any inmate patient UMDNJ will promptly schedule and perform the standard testing for Hepatitis C antibody. Inmate will promptly be advised of the results of this test and have a clinical encounter to provide the results and the implications for the specific patient.

E. UMDNJ will promptly perform all necessary7 and appropriate tests to determine if the individual is a candidate for treatment intervention. The testing needed shall be a professional medical judgement based upon the latest guidelines from the Center form Disease Control, FBOP and other appropriate professional organizations, subject to NJDOC Medical Drector's approval.The basis for a judgement that a patient is at risk for non-compliance or poor outcome must be well documented. However, adult inmates will be educated about the potential risks and consequences of any non-compliance, and thereafter the complpiance becomes the responsibility of the individual.

F. Inmates determined to be Hepatitis C positive will be provided with immunization against Hepatitis A and Hepatitis B when medically appropriate.

G. All individuals found medically qualified will be offered treatment intervention, as long as they can be reasonably expected to remain in NJDOC custody for the period required to complete then treatment regmin. The only administrative factors that would preclude the initiation of treatment would be a "max date" or "confirmed parole date" that would prevent the completion of treatment during confinement with NJDOC. In such cases, inmates should be advised that a full treatment program should be under taken following release to the community. In these cases, UMDNJ shall establish linkages with the community for after care referral and discharge planning.

H. All stages of Hepatitis C care ( screening, evaluation, and treatment ) are subject to individual consent.

I. UMDNJ will document all Hepatitis C care given to each patient in the EMR. This record will include education, offering testing, patient consent/or refusal, patient education regarding test results, etc. . Reason for treatment denial or termination will be clearly documented. A signed inmate refusal form ( form MR-021 ) will document all refusals of care offered.

J. In addition to providing the patient care noted above, UMDNJ will cooperate with NJDOC in seeking any grants or support from external agencies ( e.g. U.S. department of Health, federal government, pharmaceutical sources ) that might subsidize or assist NJDOC in funding the public health efforts inherent in this program.

### 3.1.4.19. RESOLUTION OF MEDICAL TREATMENT DISPUTES

The NJDOC Medical Director will be the final authority in matters of medical treatment disputes with UMDNJ.