**NORRIS McLAUGHLIN P.A.**
Annmarie Simeone, Esq.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ  08807-5933
(908) 722-0700
Direct: (908) 252-4279
Fax: (908) 722-0755
Email: amsimeone@norris-law.com
*Attorneys for Defendant, Mary Lang*

| | |
|---|---|
| FRANK HUBBARD,<br><br>                    Plaintiff,<br><br>v.<br><br>GARY LANIGAN, ET AL.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO. 3:18-cv-02055 (AET-DEA)<br><br>ELECTRONICALLY FILED<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE AS AGAINST DEFENDANT, MARY LANG, PURSUANT TO <u>FED.R.CIV.P.</u> 25** |

This matter having been opened to the Court upon the application of Mary Lang, by and through her attorneys, Norris McLaughlin P.A., by way of letter filed on June 2, 2020, for an Order dismissing this action with prejudice as against defendant, Mary Lang, now deceased; and the parties having been notified of the death of Ms. Lang on January 16, 2020 (Docket Entry 80), and on February 26, 2020 by Order of the Court (Docket Entry 85); and 90 days having passed since the parties were notified of the death of Ms. Lang with no party having filed a motion for substitution of a proper party pursuant to Fed.R.Civ.P. 25; and for good cause shown;

IT IS on this __8__ day of June 2020,

ORDERED that this action be and hereby is dismissed with prejudice as against defendant, Mary Lang.

_____
HONORABLE ~~DOUGLAS E. ARPERT~~ ANNE E. THOMPSON
~~UNITED STATES MAGISTRATE JUDGE~~